UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL VEST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS, INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-14462-BEM |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Plaintiff Daniel Vest in the above-captioned action. Pursuant to Local Rule 83.5.2(b), the undersigned counsel is authorized to receive all notices in this action.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Brendan Jarboe*
Brendan Jarboe (BBO #691414)
**BLOCK & LEVITON LLP**
260 Franklin Street, Ste 1860
Boston, MA 02110
Telephone: (617) 398-5600
brendan@blockleviton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Brendan Jarboe*
Brendan Jarboe