**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DANIEL VEST,**<br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DRAFTKINGS, INC.,**<br><br>Defendant. | Civil Action No. 1:26-cv-14462-BEM |

**MOTION FOR LEAVE FOR MICHAEL H. SAMPSON**
**TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, Brendan Jarboe, a member of the bar of this Court, hereby moves that Michael H. Sampson be granted leave to appear *pro hac vice* before this Court as counsel to Plaintiff Daniel Vest, individually and on behalf of all others similarly situated, in the above-captioned matter.

In support of this motion, and as set forth in the attached certification submitted by Mr. Sampson in accordance with Local Rule 83.5.3, Mr. Sampson:

1. Is a member of good standing of the bar of the Commonwealth of Pennsylvania, the State of New York, and the District of Columbia;
2. Has no disciplinary proceedings pending against him in any jurisdiction;
3. Has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and
4. Has read and agrees to comply with the Local Rules of this Court.

WHEREFORE, the undersigned respectfully moves that Michael H. Sampson be admitted to practice before this Court *pro hac vice* in this matter.

Dated: October 1, 2026

Respectfully submitted,

*/s/Brendan T. Jarboe*
Brendan Jarboe (BBO #691414)
**BLOCK & LEVITON LLP**
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
brendan@blockleviton.com

*Counsel for Plaintiff and the Proposed Class*

**<u>LOCAL RULE 7.1 CERTIFICATE</u>**

In accordance with Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiff has not conferred with counsel for Defendant as no counsel has entered an appearance on behalf of Defendant as of the date of this motion. Therefore, Defendant's position as to the foregoing request for admission *pro hac vice* is unknown.

Dated: October 1, 2026

*<u>/s/ Brendan Jarboe</u>*
Brendan Jarboe (BBO# 691414)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this date, the foregoing document was served via U.S. Mail upon the following:

DraftKings, Inc.
c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

Dated: October 1, 2026

*<u>/s/ Brendan Jarboe</u>*
Brendan Jarboe (BBO# 691414)