**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DANIEL VEST,**<br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DRAFTKINGS, INC.,**<br><br>Defendant. | Civil Action No. 1:26-cv-14462-BEM |

**CERTIFICATION OF MICHAEL H. SAMPSON IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Michael H. Sampson, state as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania, the State of New York, and the District of Columbia. I am a partner with the law firm of Lynch Carpenter, LLP, 1133 Penn Avenue, 5th Floor, Pittsburgh, PA 15222. I make this Certification in support of my Motion for Leave to Appear *Pro Hac Vice* before this Court.

2. I am a member of the bars of the Commonwealth of Pennsylvania, the State of New York, and the District of Columbia as well as the United States District Court for the Western District of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the District of Columbia, the United States District Court for the Western District of Tennessee, the United States District Court for the District of Connecticut, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Third

Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Federal Claims.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

4. I have never been disbarred or suspended and am not subject to any disciplinary proceedings or criminal charges pending against me as a member of the bar of any jurisdiction where I am admitted to practice.

5. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

6. I have read and agree to comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

7. I have associated with Brendan Jarboe (BBO #691414) and Jason Leviton (BBO #678331) of Block & Leviton, LLP, as required by Local Rule 83.5.3.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2026

*/s/ Michael H. Sampson*
Michael H. Sampson