AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Daniel Vest
*Plaintiff*
v.
DraftKings, Inc.
*Defendant*

Case No. 1:26-cv-14462-BEM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Daniel Vest .

Date: 10/05/2026

/s/ Michael H. Sampson
*Attorney's signature*

Michael H. Sampson (PA 92574)
*Printed name and bar number*

Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
*Address*

mike@lcllp.com
*E-mail address*

(412) 322-9243
*Telephone number*

(412) 231-0246
*FAX number*