**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**DANIEL VEST**
**Plaintiff**

**Civil Number: 1:26-CV-14462-BEM**

**vs**

**DRAFTKINGS, INC.**
**Defendant**

# AFFIDAVIT OF SERVICE

Now comes, Cynthia Paris the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile in Boston, MA.

I, Cynthia Paris certify that on, **10/06/2026**, at **2:25 PM**, I served a copy of the within ***Summons in a Civil Action and Class Action Complaint*** upon the within named **DraftKings, Inc. c/o CT Corporation System**, in the following manner,

(xx) **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Ryan Bouchard, Corporate Service Agent**, whom based on information and belief affiant knew said individual to be a person authorized to accept service on behalf of **DraftKings, Inc. c/o CT Corporation System.**

Said service was effected at the following location: **CT Corp., 155 Federal Street, Suite 700, Boston, MA 02110.**

I, Cynthia Paris describe the individual accepting service **Ryan Bouchard** as follows: **Ryan Bouchard**, is a White Male, approximately 30 yrs. old, with Black hair, approximately 5'8" and weighing 165 lb..

I, Cynthia Paris certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10/8/2026
*Date*

Cynthia Paris
Cynthia Paris
PO Box 230261
Boston, MA 02123

89878