AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

DANIEL VEST
*Plaintiff*
v.
DRAFTKINGS INC.
*Defendant*

Case No. 1:26-cv-14462

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DRAFTKINGS INC. .

Date: 10/27/2026

/s/ Andrew S. Dulberg
*Attorney's signature*

Andrews S. Dulberg, BBO#675405
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

Andrew.Dulberg@wilmerhale.com
*E-mail address*

(617) 526-6352
*Telephone number*

(617) 526-5000
*FAX number*