AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| DANIEL VEST<br>*Plaintiff*<br>v.<br>DRAFTKINGS INC.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-14462 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DRAFTKINGS INC. .

Date: 10/27/2026

/s/ ThanitHia Billings
*Attorney's signature*

Thanithia Billings, BBO#699018
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

Thanithia.Billings@wilmerhale.com
*E-mail address*

(617) 526-6385
*Telephone number*

(617) 526-5000
*FAX number*