**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANIEL VEST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-14462 |

**JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO SET SCHEDULE FOR AMENDED COMPLAINT AND RESPONSE**

WHEREAS, Plaintiff Daniel Vest ("Plaintiff") filed a Complaint in the above-captioned matter on September 30, 2026;

WHEREAS, Plaintiff served Defendant DraftKings Inc. ("DraftKings") with the summons and Complaint on October 6, 2026;

WHEREAS, DraftKings' current deadline to respond to the Complaint is October 27, 2026;

WHEREAS, Plaintiff intends to file an Amended Complaint;

WHEREAS, the Parties agree that in light of the forthcoming Amended Complaint and in the interest of litigation efficiency and judicial economy, DraftKings need not respond or otherwise plead in response to the operative Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, subject to the Court's approval, that:

1. DraftKings is relieved of its obligation to respond to the current Complaint;
2. Plaintiff shall file any Amended Complaint within 30 days of the Court's order on this Joint Stipulated Motion;
3. DraftKings shall respond to the Amended Complaint within 30 days of the date it is

filed;

4. If DraftKings moves to dismiss, Plaintiff shall file any opposition to the motion to dismiss within 30 days of the date DraftKings files its motion; and
5. DraftKings shall have leave to file a reply memorandum in support of any motion to dismiss, which reply brief shall be limited to 10 pages and filed within 14 days of the date on which Plaintiff files any opposition to the motion to dismiss.

Respectfully submitted this 27th day of October 2026.

SO ORDERED.

_______________________ Date

_______________________ The Honorable Brian E. Murphy

/s/Brendan Jarboe
Brendan Jarboe (BBO #691414)
Jason Leviton (BBO #678331)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: 617-398-5600
jason@blockleviton.com
brendan@blockleviton.com

Michael H. Sampson (*pro hac vice*)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-253-4992
mike@lcllp.com

*Attorneys for Plaintiff Daniel Vest*

/s/ Andrew S. Dulberg
Andrew S. Dulberg (BBO #675405)
Thanithia R. Billings (BBO #699018)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617.526.6352
Facsimile: 617.526.5000
Andrew.Dulberg@wilmerhale.com
Thanithia.Billings@wilmerhale.com

Richard R. Patch *(pro hac vice forthcoming)*
Rees F. Morgan *(pro hac vice forthcoming)*
Sabrina A. Larson (*pro hac vice forthcoming*)
Bina G. Patel (*pro hac vice forthcoming*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
ef-rrp@cpdb.com
ef-rfm@cpdb.com
ef-szl@cpdb.com
ef-bgp@cpdb.com

*Attorneys for Defendant DraftKings Inc.*

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I, Andrew S. Dulberg, hereby certify that counsel for DraftKings conferred with counsel for Plaintiff regarding the relief requested in this Joint Stipulated Motion, and that Plaintiff assents to the relief sought.

/s/ Andrew S. Dulberg
Andrew S. Dulberg

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Andrew S. Dulberg
Andrew S. Dulberg