**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANIEL VEST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-14462 |

**DEFENDANT DRAFTKINGS INC.**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant DraftKings Inc., by and through their undersigned counsel, state the following:

DraftKings Inc. is a Nevada Corporation without any parent corporation, and there is no publicly held corporation that owns 10% or more of DraftKings Inc.

DATED: October 27, 2026

Respectfully submitted,

/s/ Andrew S. Dulberg
Andrew S. Dulberg (BBO #675405)
Thanithia R. Billings (BBO #699018)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617.526.6352
Facsimile: 617.526.5000
Andrew.Dulberg@wilmerhale.com
Thanithia.Billings@wilmerhale.com

Richard R. Patch *(pro hac vice forthcoming)*
Rees F. Morgan *(pro hac vice forthcoming)*
Sabrina A. Larson (*pro hac vice forthcoming*)
Bina G. Patel (*pro hac vice forthcoming*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
ef-rrp@cpdb.com
ef-rfm@cpdb.com
ef-szl@cpdb.com
ef-bgp@cpdb.com

*Attorneys for Defendant DraftKings Inc.*
.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Andrew S. Dulberg
Andrew S. Dulberg